[34 NE3d 368, 12 NYS3d 617]

CALVIN E. THOMAS, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant.

Decided June 4, 2015

## APPEARANCES OF COUNSEL

*Wilson Elser Moskowitz Edelman & Dicker LLP*, New York City (*Patrick J. Lawless* of counsel), for appellant.

*Burns & Harris*, New York City (*Blake G. Goldfarb* of counsel), for respondent.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, case remitted to the Appellate Division, First Department, for consideration of issues raised but not determined on the appeal to that Court, and certified question answered in the negative. The allegations in the notice of claim were not sufficient to put defendant on notice of the allegations in the bill of particulars concerning the handrail.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.